# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
§
TOVAR, KIMBERLY DAWN § Case No. 17-16415
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/26/2017. The undersigned trustee was appointed on 05/26/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    160,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 47,768.15 |
| Bank service fees | 213.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 97,017.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  09/29/2017  and the deadline for filing governmental claims was  11/22/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 10,500.00 , for a total compensation of $ 10,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2018          By:/s/JOSEPH E. COHEN
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: 17-16415   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: TOVAR, KIMBERLY DAWN | Date Filed (f) or Converted (c): 05/26/17 (f) |
| | 341(a) Meeting Date: 07/20/17 |
| For Period Ending: 06/13/18 | Claims Bar Date: 09/29/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 145,000.00 | 145,000.00 | | 160,000.00 | FA |
| 2. VEHICLE | 6,500.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS | 50.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 10.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING | -10.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $154,200.00 | $145,000.00 | | $160,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SOLD REAL ESTATE AND IS PREPARING HIS TFR - 1/11/2018. TRUSTEE FILING MOTION FOR SALE OF REAL ESTATE - 7/30/17.

Initial Projected Date of Final Report (TFR): 03/31/18     Current Projected Date of Final Report (TFR): 03/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-16415 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TOVAR, KIMBERLY DAWN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0438 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3956 | | |
| For Period Ending: | 06/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/17 | 1 | JAMES S. JARVIS, P.C. | SALE OF REAL ESTATE | | 101,455.49 | | 101,455.49 |
| | | KIMBERLY TOVAR | Memo Amount: ( 15,000.00 ) | 8100-000 | | | |
| | | | HOMESTEAD | | | | |
| | | JAMES S. JARIVIS, P.C. | Memo Amount: 160,000.00 | 1110-000 | | | |
| | | | Sale proceeds | | | | |
| | | | Memo Amount: ( 22,242.44 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | LAKE BARRINGTON SHORES CONDO ASSN. | Memo Amount: ( 8,432.25 ) | 2500-000 | | | |
| | | | condo fees | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 10,095.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount: ( 2,774.82 ) | 2500-000 | | | |
| | | | Closing costs & title fees | | | | |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.24 | 101,392.25 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.71 | 101,241.54 |
| 11/20/17 | 300001 | PATINKIN & PATINKIN | Special Counsel for Trustee Fees | 3210-000 | | 4,165.00 | 97,076.54 |
| 06/06/18 | 300002 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 58.64 | 97,017.90 |

Page Subtotals 101,455.49 4,437.59

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 17-16415 -ABG |
| Case Name: | TOVAR, KIMBERLY DAWN |
| Taxpayer ID No: | *******3956 |
| For Period Ending: | 06/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0438  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 160,000.00 | COLUMN TOTALS | 101,455.49 | 4,437.59 | 97,017.90 |
| Memo Allocation Disbursements: | 58,544.51 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 101,455.49 | 4,437.59 | |
| Memo Allocation Net: | 101,455.49 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 101,455.49 | 4,437.59 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 160,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 58,544.51 | Checking Account (Non-Interest Earn - *******0438 | 101,455.49 | 4,437.59 | 97,017.90 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 101,455.49 | | 101,455.49 | 4,437.59 | 97,017.90 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2018 |

Case Number:  17-16415    Claim Class Sequence
Debtor Name:  TOVAR, KIMBERLY DAWN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | COHEN & KROL, Attorney 105 West Madison Street Chicago, IL 60602 | Administrative | | $6,124.37 | $0.00 | $6,124.37 |
| 001 2100-00 | JOSEPH E. COHEN, Trustee 105 West Madison St. Chicago, IL 60602 | Administrative | | $10,500.00 | $0.00 | $10,500.00 |
| BOND 999 2300-00 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Administrative | | $58.64 | $58.64 | $0.00 |
| 000002A 040 5800-00 | Internal Revenue Service Centralized Insolvency Operation, P.O. B Philadelphia, Pennsylvania 19101-734 | Priority | | $64,794.78 | $0.00 | $64,794.78 |
| 000008A 040 5800-00 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Priority | | $15,207.45 | $0.00 | $15,207.45 |
| 000001 070 7100-00 | Advance America, Cash Advance Centers of IL, Inc. 135 N. Church Street Spartanburg, SC 29306 | Unsecured | | $1,331.96 | $0.00 | $1,331.96 |
| 000002B 070 7100-00 | INTERNAL REVENUE SERVICE Centralized Insolvency Operation P. O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $73,043.59 | $0.00 | $73,043.59 |
| 000003 070 7100-00 | AmeriCredit Financial Services, Inc. dba GM Financial P O Box 183853 Arlington, TX 76096 | Unsecured | | $4,758.86 | $0.00 | $4,758.86 |
| 000004 070 7100-00 | Verizon by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | | $287.04 | $0.00 | $287.04 |
| 000005 070 7100-00 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Unsecured | | $14,788.32 | $0.00 | $14,788.32 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $33,573.67 | $0.00 | $33,573.67 |

| Page 2 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2018 |

Case Number:   17-16415                         Claim Class Sequence
Debtor Name:   TOVAR, KIMBERLY DAWN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000007<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of Capital One, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $856.06 | $0.00 | $856.06 |
| 000008B<br>070<br>7100-00 | ILLINOIS DEPARTMENT OF REVENUE<br>P. O. Box 19035<br>Springfield, IL 62794-9035 | Unsecured | | $1,857.18 | $0.00 | $1,857.18 |
| | Case Totals: | | | $227,181.92 | $58.64 | $227,123.28 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-16415
Case Name: TOVAR, KIMBERLY DAWN
Trustee Name: JOSEPH E. COHEN

   Balance on hand                $     97,017.90

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 10,500.00 | $ 0.00 | $ 10,500.00 |
| Attorney for Trustee Fees: COHEN & KROL, Attorney | $ 5,665.00 | $ 0.00 | $ 5,665.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorney | $ 459.37 | $ 0.00 | $ 459.37 |
| Other: International Sureties Ltd. | $ 58.64 | $ 58.64 | $ 0.00 |

  Total to be paid for chapter 7 administrative expenses     $   16,624.37

  Remaining Balance                 $   80,393.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 80,002.23 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service Centralized Insolvency Operation, P.O. B Philadelphia, Pennsylvania 19101-734 | $ 64,794.78 | $ 0.00 | $ 64,794.78 |
| 000008A | ILLINOIS DEPARTMENT OF REVENUE- BANKRUPTCY PO BOX 19035 SPRINGFIELD, IL 62794-9035 | $ 15,207.45 | $ 0.00 | $ 15,207.45 |
| | Total to be paid to priority creditors | | | $ 80,002.23 |
| | Remaining Balance | | | $ 391.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 130,496.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advance America, Cash Advance Centers of IL, Inc. 135 N. Church Street Spartanburg, SC 29306 | $ 1,331.96 | $ 0.00 | $ 3.99 |
| 000003 | AmeriCredit Financial Services, Inc. dba GM Financial P O Box 183853 Arlington, TX 76096 | $ 4,758.86 | $ 0.00 | $ 14.27 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $ 287.04 | $ 0.00 | $ 0.86 |
| 000005 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ 14,788.32 | $ 0.00 | $ 44.35 |
| 000006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 33,573.67 | $ 0.00 | $ 100.67 |
| 000007 | LVNV Funding, LLC its successors and assigns as assignee of Capital One, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 856.06 | $ 0.00 | $ 2.57 |
| 000002B | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 73,043.59 | $ 0.00 | $ 219.02 |
| 000008B | ILLINOIS DEPARTMENT OF REVENUE<br>P. O. Box 19035<br>Springfield, IL 62794-9035 | $ 1,857.18 | $ 0.00 | $ 5.57 |

Total to be paid to timely general unsecured creditors         $            391.30

Remaining Balance                                              $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE