IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **KIMBERLY DAWN TOVAR,** | ) | No. 17-16415 |
| | ) | |
| Debtor(s) | ) | |

**PROOF OF SERVICE**

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 3, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                              BY:/s/ Joseph E. Cohen

Advance America, Cash Advance Centers of IL,
135 N. Church Street
Spartanburg, SC 29306-5138

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

ILLINOIS DEPARTMENT OF
REVENUE-BANKRUPTCY
PO BOX 19035
SPRINGFIELD, IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operation, P.O. B
Philadelphia, Pennsylvania 19101-734

Kimberly Dawn Tovar
33 Circle Drive
Indian Creek, IL 60061-2205

LVNV Funding, LLC its successors and assigns
assignee of Capital One, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901