# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TOVAR, KIMBERLY DAWN | § | Case No. 17-16415 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 4,090.00                     Assets Exempt: 20,110.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  80,393.53   Claims Discharged
                                               Without Payment:  130,105.38

Total Expenses of Administration:  64,606.47

---

3) Total gross receipts of $ 160,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 145,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 64,606.47 | 64,606.47 | 64,606.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 80,002.23 | 80,002.23 | 80,002.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 130,496.68 | 130,496.68 | 391.30 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 275,105.38 | $ 275,105.38 | $ 145,000.00 |

4) This case was originally filed under chapter 7 on 05/26/2017. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2018            By: /s/JOSEPH E. COHEN
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 160,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 160,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KIMBERLY TOVAR | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 10,500.00 | 10,500.00 | 10,500.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 58.64 | 58.64 | 58.64 |
| Closing costs & title fees | 2500-000 | NA | 2,774.82 | 2,774.82 | 2,774.82 |
| LAKE BARRINGTON SHORES CONDO ASSN. | 2500-000 | NA | 8,432.25 | 8,432.25 | 8,432.25 |
| ASSOCIATED BANK | 2600-000 | NA | 213.95 | 213.95 | 213.95 |
| Real estate taxes | 2820-000 | NA | 22,242.44 | 22,242.44 | 22,242.44 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 3,776.67 | 3,776.67 | 3,776.67 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 1,888.33 | 1,888.33 | 1,888.33 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 459.37 | 459.37 | 459.37 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):PATINKIN & PATINKIN | 3210-000 | NA | 4,165.00 | 4,165.00 | 4,165.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):COLDWELL BANKER | 3510-000 | NA | 10,095.00 | 10,095.00 | 10,095.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 64,606.47 | $ 64,606.47 | $ 64,606.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008A | ILLINOIS DEPARTMENT OF REVENUE-BANK | 5800-000 | NA | 15,207.45 | 15,207.45 | 15,207.45 |
| 000002A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 64,794.78 | 64,794.78 | 64,794.78 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 80,002.23 | $ 80,002.23 | $ 80,002.23 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ADVANCE AMERICA, CASH ADVANCE CENTE | 7100-000 | NA | 1,331.96 | 1,331.96 | 3.99 |
| 000003 | AMERICREDIT FINANCIAL SERVICES, INC | 7100-000 | NA | 4,758.86 | 4,758.86 | 14.27 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 33,573.67 | 33,573.67 | 100.67 |
| 000005 | CAVALRY SPV I, LLC | 7100-000 | NA | 14,788.32 | 14,788.32 | 44.35 |
| 000008B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 1,857.18 | 1,857.18 | 5.57 |
| 000002B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 73,043.59 | 73,043.59 | 219.02 |
| 000007 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 856.06 | 856.06 | 2.57 |
| 000004 | VERIZON | 7100-000 | NA | 287.04 | 287.04 | 0.86 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 130,496.68 | $ 130,496.68 | $ 391.30 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-16415 ABG Judge: A. BENJAMIN GOLDGAR  Trustee Name: JOSEPH E. COHEN
Case Name: TOVAR, KIMBERLY DAWN  Date Filed (f) or Converted (c): 05/26/17 (f)
  341(a) Meeting Date: 07/20/17
For Period Ending: 10/10/18  Claims Bar Date: 09/29/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 145,000.00 | 145,000.00 | | 160,000.00 | FA |
| 2. VEHICLE | 6,500.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS | 50.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 10.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING | -10.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $154,200.00   $145,000.00   $160,000.00   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED 7/3/18 AND DISTRIBUTION MADE 7/13/18 - 10/9/18. TRUSTEE HAS SOLD REAL ESTATE AND IS PREPARING HIS TFR - 1/11/2018. TRUSTEE FILING MOTION FOR SALE OF REAL ESTATE - 7/30/17.

Initial Projected Date of Final Report (TFR): 03/31/18    Current Projected Date of Final Report (TFR): 03/31/18

LFORM1  Ver: 20.00j
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 17-16415 -ABG |
| Case Name: | TOVAR, KIMBERLY DAWN |
| Taxpayer ID No: | *******3956 |
| For Period Ending: | 10/10/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0438 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/17 | 1 | JAMES S. JARVIS, P.C. | SALE OF REAL ESTATE | | 101,455.49 | | 101,455.49 |
| | | KIMBERLY TOVAR | Memo Amount: ( 15,000.00 ) | 8100-000 | | | |
| | | | HOMESTEAD | | | | |
| | | JAMES S. JARIVIS, P.C. | Memo Amount: 160,000.00 | 1110-000 | | | |
| | | | Sale proceeds | | | | |
| | | | Memo Amount: ( 22,242.44 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | LAKE BARRINGTON SHORES CONDO ASSN. | Memo Amount: ( 8,432.25 ) | 2500-000 | | | |
| | | | condo fees | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 10,095.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount: ( 2,774.82 ) | 2500-000 | | | |
| | | | Closing costs & title fees | | | | |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.24 | 101,392.25 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.71 | 101,241.54 |
| 11/20/17 | 300001 | PATINKIN & PATINKIN | Special Counsel for Trustee Fees | 3210-000 | | 4,165.00 | 97,076.54 |
| 06/06/18 | 300002 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 58.64 | 97,017.90 |
| 07/13/18 | 300003 | JOSEPH E. COHEN, Trustee 105 West Madison St. Chicago, IL 60602 | Trustee Fees Trustee Fees | 2100-000 | | 10,500.00 | 86,517.90 |
| 07/13/18 | 300004 | COHEN & KROL, Attorney 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | | | 4,236.04 | 82,281.86 |
| | | | Fees 3,776.67 | 3110-000 | | | |
| | | | Expenses 459.37 | 3120-000 | | | |

Page Subtotals 101,455.49 19,173.63

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 17-16415 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TOVAR, KIMBERLY DAWN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0438 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3956 | | | |
| For Period Ending: | 10/10/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/18 | 300005 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,888.33 | 80,393.53 |
| 07/13/18 | 300006 | Internal Revenue Service<br>Centralized Insolvency Operation, P.O. B<br>Philadelphia, Pennsylvania 19101-734 | Claim 000002A, Payment 100.00000% | 5800-000 | | 64,794.78 | 15,598.75 |
| 07/13/18 | 300007 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Claim 000008A, Payment 100.00000%<br>(8-1) Account Number (last 4 digits):7804 | 5800-000 | | 15,207.45 | 391.30 |
| 07/13/18 | 300008 | Advance America, Cash Advance Centers of IL, Inc.<br>135 N. Church Street<br>Spartanburg, SC 29306 | Claim 000001, Payment 0.29956%<br>(1-1) Account Number (last 4 digits):3999 | 7100-000 | | 3.99 | 387.31 |
| 07/13/18 | 300009 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002B, Payment 0.29985% | 7100-000 | | 219.02 | 168.29 |
| 07/13/18 | 300010 | AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Claim 000003, Payment 0.29986%<br>(3-1) 2013 NISSAN ALTIMA #7572 | 7100-000 | | 14.27 | 154.02 |
| 07/13/18 | 300011 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim 000004, Payment 0.29961% | 7100-000 | | 0.86 | 153.16 |
| 07/13/18 | 300012 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000005, Payment 0.29990%<br>(5-1) Cavalry SPV I, LLC as assignee of Citibank, N.A. | 7100-000 | | 44.35 | 108.81 |
| 07/13/18 | 300013 | Capital One Bank (USA), N.A. | Claim 000006, Payment 0.29985% | 7100-000 | | 100.67 | 8.14 |

Page Subtotals    0.00    82,273.72

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-16415 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | TOVAR, KIMBERLY DAWN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0438 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3956 | | | |
| For Period Ending: | 10/10/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/18 | 300014 | PO Box 71083<br>Charlotte, NC 28272-1083<br>LVNV Funding, LLC its successors and assigns as<br>assignee of Capital One, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 0.30021% | 7100-000 | | 2.57 | 5.57 |
| 07/13/18 | 300015 | ILLINOIS DEPARTMENT OF REVENUE<br>P. O. Box 19035<br>Springfield, IL 62794-9035 | Claim 000008B, Payment 0.29992% | 7100-000 | | 5.57 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 160,000.00 | COLUMN TOTALS | 101,455.49 | 101,455.49 | 0.00 |
| Memo Allocation Disbursements: | 58,544.51 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 101,455.49 | 101,455.49 | |
| Memo Allocation Net: | 101,455.49 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 101,455.49 | 101,455.49 | |
| Total Allocation Receipts: | 160,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 58,544.51 | Checking Account (Non-Interest Earn - ********0438 | 101,455.49 | 101,455.49 | 0.00 |
| Total Memo Allocation Net: | 101,455.49 | | 101,455.49 | 101,455.49 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  8.14

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-16415 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TOVAR, KIMBERLY DAWN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0438 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3956 | | | |
| For Period Ending: | 10/10/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*